Maguerite S. AUSTELLE, Petitioner v.
Wallace T. AUSTELLE, Respondent.

(370 S. E. (2d) 286)

Supreme Court

## ORDER

The motion to supplement the petition is denied, and the petition for writ of certiorari is denied.